# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.   3:08cr13/RV

DEVRIN HERNANDEZ

**REFERRAL AND ORDER**

Referred to Judge Vinson on   04/07/2008

Type of Motion/Pleading  MOTION TO RELEASE DEFENDANT'S PRIOR PRESENTENCE INVESTIGATION REPORT

Filed by: Defendant Hernandez   on 4/2/08   Doc. No. 75

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                on _____   Doc. No. _____

                                on _____   Doc. No. _____

                                WILLIAM M. McCOOL, CLERK OF COURT

                                */s/ J. Marbut*
                                Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   8th  day of   April  , 2008, that:

(a)   The requested relief is GRANTED.

(b)   _____

                                */s/ Roger Vinson*
                                ROGER VINSON
                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.