IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                   Case No.     3:08cr13/RV
                                                                 3:12cv496/RV/CJK

DEVRIN HERNANDEZ

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 22, 2013 (doc. 113), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 113) is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 111) is GRANTED.

3. The amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 102) is summarily DISMISSED as untimely.

DONE AND ORDERED this 25th day of June, 2013.

                                           /s/ Roger Vinson
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE